IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY MOORES, | : | CIVIL ACTION |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
|     Defendant | : | NO. 22-5125 |

## ORDER

**AND NOW**, this 23rd day of May 2023, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 8) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall: (a) comply with Social Security Ruling 16-3p, by not evaluating Plaintiff's truthfulness; (b) consider explicitly how Plaintiff's lymphedema triggers her fibromyalgia and how those symptoms affect her ability to work; and (c) reevaluate Plaintiff's residual functional capacity.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge